No. 80–1051.  ANDERSON *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 80–1053.  QUICK *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 80–1054.  OLTERSDORF *v.* CHESAPEAKE & OHIO RAILROAD CO.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 80–1056.  TOURVILLE *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 80–1059.  ALLOTT *v.* SICINSKI ET AL.  C. A. 7th Cir. Certiorari denied.

No. 80–1063.  MONTGOMERY *v.* AMERICAN AIRLINES, INC. C. A. 9th Cir.  Certiorari denied.

No. 80–1064.  SINGLETON *v.* CITY OF NEW YORK ET AL. C. A. 2d Cir.  Certiorari denied.

No. 80–1065.  TWO RIVERS CO. *v.* CURTISS BREEDING SERVICE, A DIVISION OF SEARLE AGRICULTURE, INC.  C. A. 5th Cir. Certiorari denied.

No. 80–1066.  BASKES *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 80–1071.  SMITH *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 80–1072.  GERALD *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 80–1078.  ROLLINS INTERNATIONAL, INC. *v.* STAUB ET AL.  C. A. 6th Cir.  Certiorari denied.